# UNITED STATES DISTRICT COURT

Southern District of Illinois

UNITED STATES OF AMERICA
v.
Charles Crispin

*AMENDED*
**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 13CR40032-001

USM No. 31961-044

Melissa A. Day, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) as alleged below of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed offense of False Statements, Resisting a Peace Officer, & Pedestrian Under the Influence | 01/24/2013 |
| Statutory | Defendant committed offense of Obstructing Justice | 06/04/2013 |
| Statutory | Defendant illegally possessed a controlled substance | 12/14/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9695

Defendant's Year of Birth: 1971

City and State of Defendant's Residence:
Marion, IL 62959

08/22/2013
Date of Imposition of Judgment

_signature_
Signature of Judge

J. Phil Gilbert  District Judge
Name and Title of Judge

August 26, 2013
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1A

DEFENDANT: Charles Crispin  
CASE NUMBER: 13CR40032-001

Judgment—Page __2__ of __3__

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 6 | Defendant changed addresses without prior notification to probation | 02/28/2012 |
| Standard # 9 | The defendant associated with convicted felon without permission | 09/13/2012 |
| Standard #11 | Defendant failed to notify probation of being questioned by police | 09/13/2012 |
| Special | Defendant failed to reside in Residential Reentry Center as required | 05/25/2013 |
| Special | Defendant used alcohol to excess | 01/24/2013 |

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
              Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: Charles Crispin
CASE NUMBER: 13CR40032-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**15 months**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL